BYRD v. SURLES.

L. D. BYRD and others, Executors, v. W. B. SURLES and wife and others.

*Will--Marriage of Testator.*

The marriage of a testator subsequent to the making of a will is a revocation of the will.

CIVIL ACTION tried at Spring Term, 1877, of HARNETT Superior Court, before *McKoy, J.*

This was an issue of *Devisavit Vel Non* and the jury rendered a verdict in favor of the caveators. The case was brought to this Court on appeal by plaintiffs.

*Messrs. Neill McKay, W. E. Murchison, J. W. Hinsdale, T. H. Sutton* and *J. A. Spears,* for plaintiffs.

*Messrs. John Manning, D. H. McLean* and *N. W. Ray*, for defendants.

FAIRCLOTH, J.   Richard Byrd made his will, February the 26th, 1876 ; was married, May the 4th, 1876, and died, December the 26th, 1876, and the jury said by their verdict that the said paper writing propounded was *not* the will of said Richard.

There is no judgment, order, or exceptions in the case, and we have nothing to decide, except that the marriage revoked the will, and to render judgment against the appellants for the costs in this Court.

PER CURIAM.                    Judgment accordingly.